IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-311-FDW-DCK

| | |
|---|---|
| J'ON STATON and CREE FAULKNER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| EDDIE CATHEY, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Local Counsel Faith Fox on March 21, 2024.

Applicant Shean D. Williams seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Shean D. Williams is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: March 22, 2024

David C. Keesler
United States Magistrate Judge