# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:24-CV-311-FDW-DCK

| | |
|---|---|
| J'ON STATON, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| EDDIE CATHEY, et al., | )<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Asa L. Bell, Jr., filed a "Certification Of Mediation Session" (Document No. 21) notifying the Court that the parties reached a settlement on July 10, 2024. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **August 23, 2024**.

Signed: July 26, 2024

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge