## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| J'ON STATON, et al<br><br>Plaintiffs,<br><br>v.<br><br>EDDIE CATHEY, et al.,<br><br>Defendants. | FILE NO. 3:24-cv-00311-FDW-DCK |

## PLAINTIFFS' REDACTED MOTION FOR THE APPOINTMENT OF GUARDIAN AD LITEM

**NOW COME** Plaintiffs J'on Staton, as Administrator of the Estate of Malcolm Trieste Staton and Cree Faulkner (collectively referred to as "Plaintiffs"), through counsel, and hereby moves the Court for appointment of Attorney Hailey E. Hawkins as guardian ad litem for the minor beneficiary concerning the Court's review of the proposed wrongful death settlements, pursuant to N.C. Gen. Stat.§ 28A-13-3(a)(23).

In support of this Motion, and pursuant to LCvR 7.1, Plaintiffs show as follows:

## FACTUAL BACKGROUND

1.    This action arose from March 15, 2022, death of Malcolm Staton during an attempted traffic stop conducted by several deputies of the Union County Sheriff's Office. Plaintiffs have alleged claims against the Defendants in this action for Violations of Federal Civil Rights Laws 42 U.S.C. § 1983, wrongful death, Violation of N.C. Gen. Stat. § 162-55. The Estate of Malcom Staton's claims arise from the alleged unlawful seizure of Mr. Staton as well as the use of unreasonable and excessive force against him by several deputies of Union County Sheriff's Office, including but not limited to Deputy Kirkley, who fired multiple shots killing Mr. Staton. Plaintiff Cree Faulkner's claims arise also from the alleged unlawful seizure and excessive force of Malcolm Staton as she was shot in her right chest, causing an open wound and permanent scaring which required significant medical treatment.

2.    Malcolm Staton was thirty (30) years old at the time of his death. He is survived by six children: DTS1 (14), DTS2 (10), DTS3 (9), LRS (5), KSS (4), and ZZM (14), who are all minors. Plaintiff J'on Staton, the mother of Malcolm Staton and the grandmother of his six minor children, was

appointed the administrator of Malcolm's estate on March 11, 2024. (See Probate Court of Lancaster, SC attached as Exhibit "1").

3.      On July 10, 2024, the parties and their counsel attended a mediation with Asa Bell serving as mediator, in an effort to settle the claims of the Estate of Malcolm Staton and Cree Faulkner. As a result of the parties' good faith efforts, the parties reached a settlement for the claims of Cree Faulkner and the Estate of Malcolm Staton.

## **ARGUMENT**

4.      This Court has the authority to appoint a guardian ad litem to protect the interest of minors and incompetents. *See* Fed. R. Civ. P. 17(c).

5.      The Court must appoint a guardian ad litem--or issue another appropriate order--to protect a minor or incompetent person who is unrepresented in an action. *Id.* In this case, the Court should appoint guardian ad litem because the beneficiaries of the Estate of Malcolm are minor children.

6.      Hailey Hawkins, Esq. has agreed to serve as guardian ad litem in this action to represent the interest of all the minor beneficiaries concerning the proposed settlement. Attorney Hawkins is currently a partner at the law firm of Stott, Hollowell, Windham & Stancil in Gastonia, North Carolina. She has practiced law for over 10 years and is licensed to practice in federal courts in

North Carolina. She has extensive experience representing clients in the areas of guardianships, estate planning, trusts, estate administration, and special proceedings. Attorney Hawkins has requested a fee for her services at the rate of $350.00 per hour, and Plaintiff has agreed to pay for her services at this rate out of the settlement proceeds.

7.    Following the appointment of a guardian ad litem, Plaintiffs, through undersigned counsel, will submit a motion to the court seeking approval of the above-described settlement agreements that have been reached by the parties.

8.    Counsel for Plaintiffs have contacted counsel for the Defendants, who have indicated that they consent to this motion.

WHEREFORE, Plaintiffs request that Hailey Hawkins, Esq. be appointed as guardian ad litem for the minor beneficiaries of the Estate of Malcolm Staton, and that this Court grant such other and further relief as may be just and proper.

This is the 15th day of August 2025.

**THE COCHRAN FIRM – CHARLOTTE**

*/s/ Shean Williams*
Faith Fox, Esq. (NC Bar#49729)
N.C. Bar No.: 49729
Sam L. Starks, Esq.
Pro hac admission
Shean Williams, Esq.
Pro hac admission
***Attorney for Plaintiffs***

436 East 36th Street
Charlotte, NC 28205
Telephone: 704-762-1588
Fax: 704-980-7554
Email: FFox@CochranFirmCharlotte.com
        swilliams@cochranfirmatl.com
        sstarks@cochranfirmatl.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**J'ON STATON, et al**

**Plaintiffs,**

**v.**

**FILE NO. 3:24-cv-00311-FDW-DCK**

**EDDIE CATHEY, et al.,**

**Defendants.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he filed and served the foregoing document, **Plaintiffs Redacted Motion for Appointment of Guardian Ad Litem**, upon counsel for the defendants by the *CMIECF* in the United States District Court for the Western District of North Carolina:

D. Brandon Christian, Esq.
3370 Presson Road
Monroe, NC 28112

William Luke Hill, Esq.
Frazier Hill & Fury, R.L.L.P.
P.O. Drawer 1559
500 West Friendly Avenue, Suite 100
Greensboro, NC 27401

This 15th day of August 2025.

**THE COCHRAN FIRM – CHARLOTTE**

*/s/ Shean Williams*
Faith Fox, Esq. (NC Bar#49729)
N.C. Bar No.: 49729
Sam L. Starks, Esq.
Pro hac admission
Shean Williams, Esq.
Pro hac admission
***Attorney for Plaintiffs***

436 East 36th Street
Charlotte, NC 28205
Telephone: 704-762-1588
Fax: 704-980-7554
Email: FFox@CochranFirmCharlotte.com
      swilliams@cochranfirmatl.com
      sstarks@cochranfirmatl.com