STATE OF SOUTH CAROLINA ) IN THE PROBATE COURT
)
COUNTY OF: LANCASTER )
)
IN THE MATTER OF: ) CASE NUMBER:
MALCOLM TRIESTE STATON )
(Decedent) )

┌─────────────────────────────────────────────────────┐
│ *COMPLETE THIS SECTION ONLY IF FILING PETITION       │
│ FOR FORMAL TESTACY AND/OR FORMAL APPOINTMENT          │
│                                                       │
│                        Petitioner(s)                 │
│          vs.                                          │
│                                                       │
│                       Respondent(s)                  │
└─────────────────────────────────────────────────────┘

**APPLICATION FOR INFORMAL**   (check any that apply)   **\*PETITION FOR FORMAL**
☐ PROBATE OF WILL                                        ☐ TESTACY
☒ APPOINTMENT                                            ☐ APPOINTMENT

If this is a formal filing, please explain on page 4 or attach pleadings pursuant to *SC Rules of Civil Procedure.*

**\*NOTE: IF THIS IS A FORMAL PROCEEDING, IN ADDITION TO THIS FORM PETITION, YOU MUST ALSO FILE A SUMMONS (FORM SCCA 401PC), AND PAY THE STATUTORY FILING FEE OF $150.00. A HEARING IN THE PROBATE COURT ON THE PETITION MAY BE REQUIRED.**

I. **ALL APPLICANTS/PETITIONERS MUST COMPLETE THIS SECTION.**

1. Applicant/Petitioner(s): Jon Staton
   Address: 5704 Austin Grove Church Road, Marshville, NC 28103
   Telephone (Work):
   (Home):
   (Cell): 803-416-7733
   Email: jonstaton@yahoo.com
   Relationship to Decedent: Mother

2. Decedent Information:

   Full Legal Name
   (including all known names): Malcolm Trieste Staton
   Date of Birth: 03/15/1992
   Date of Death: 03/17/2022
   Age at Date of Death: 30

3. Venue for this proceeding is proper in this County because:

   ☒ Decedent was domiciled in this County at date of death:
     Address: 6401 North Matson Street, Kershaw, SC 29067 County LANCASTER ite: South Carolina.
   ☐ Decedent was not domiciled in South Carolina, but property of Decedent was located in this County
     at date of death at:
     Address:      County:      State: South Carolina
   ☐ Decedent has a right to take legal action in this County because:

   If the above address is the address of a nursing home, prison, or other residential facility, please give the last address
   of the Decedent prior to entering a facility:

FORM #300ES (09/2020)
62-2-504, 62-3-102, 62-3-203, 62-3-301, 62-3-302, 62-3-303, 62-3-308, 62-3-311, 62-3-401, 62-3-402,
62-3-404, 62-3-409, 62-3-414, 62-3-601, 62-3-602, 62-3-704, 62-3-804, 44-22-100, 44-23-1120


PLAINTIFF'S
EXHIBIT
1

4(a). Names and addresses of beneficiaries (devisees) named in the Will.

| Full Legal Name (including all known names) | Year of Birth | Full Address | Email Address | Relationship to Decedent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☐ See attached for additional devisees (check if applicable).

4(b). Names and addresses of intestate heirs who are not devisees (persons who inherit if Decedent left no Will).

| Full Legal Name (including all known names) | Year of Birth | Full Address | Email Address | Relationship to Decedent |
|---|---|---|---|---|
| DTS1 | 2010 | | | SON |
| DTS2 | 2014 | | | DAUGHTER |
| DTS3 | 2015 | | | SON |
| LRS | 2019 | | | DAUGHTER |

☒ See attached for additional intestate heirs (check if applicable).

4(c). Did all of the above persons survive one hundred and twenty (120) hours since the death of Decedent?

☒ YES ☐ NO  If no, please explain on page 4.

5. Did Decedent have any change of marital status or the birth or adoption of any children after execution of this Will, if one exists, or has any child of the Decedent been born since his/her death, or is any birth of a child of the Decedent anticipated? (This includes illegitimate children.)

☒ NO ☐ YES  If yes, please explain, on page 4.

6. To the best of your knowledge, was the Decedent a patient in a non-private State of South Carolina mental health facility during his/her lifetime?

☒ NO ☐ YES  If yes, please explain, on page 4.

7. Has a Guardian or Conservator ever been appointed by a Court for this person?

☒ NO ☐ YES  If yes, please explain on page 4.

8. Has a Personal Representative of the Decedent been appointed prior to this date by a Court in this state or elsewhere?

☒ NO ☐ YES  If yes, please state details, including name and address of such Personal Representative on page 4.

FORM #300ES (09/2020)

Estate of MALCOLM TRIESTE STATON 4(b) Continued

4(b).    Names and addresses of intestate heirs who are not devisees (persons who inherit if Decedent left no Will).

KSS                          2022

C/o Cindy Meaders,

Son


ZZS                          2010

C/o Porsha McIlwain,

Daughter

9. Have you received or are you aware of any Demands for Notice (FORM #111ES) of any probate or appointment proceeding concerning the Decedent that may have been filed in this state or elsewhere?

    ☒ NO ☐ YES   If yes, please state details, including names and addresses on page 4.

10. Have more than ten (10) years passed since the Decedent's death?

    ☒ NO ☐ YES   If yes, please state circumstances authorizing tardy probate on page 4.

11(a). Did the Decedent own probate real estate?

    ☒ NO ☐ YES   If yes, an approximate value of $N/A (Note: A complete inventory of probate assets with fair market values is to be filed after Personal Representative is appointed.)

11(b). Did the Decedent own probate personal property?

    ☐ NO ☒ YES   If yes, an approximate value of $TBD (Note: A complete inventory of probate assets with fair market values is to be filed after Personal Representative is appointed.)

11(c). Are you seeking appointment as Personal Representative in order to pursue civil litigation on behalf of the Decedent's estate? Is there a civil litigation attorney?

    ☐ NO ☒ YES   If yes, please provide the name of the civil litigation attorney: ATTORNEY SAM STARKS; 100 Peachtree Street, NW, Suite 2600, Atlanta, Georgia 30303.

11(d). At the time of Decedent's death, was he or she involved in any pending civil litigation? Is there a civil litigation attorney?

    ☒ NO ☐ YES   If yes, please state the circumstances and name of attorney on page 4.

11(e). If you answered NO to questions 11(a) - 11(d) above, but are seeking the appointment of a Personal Representative, please explain why the appointment is requested on page 4.

12. Have you made a diligent search for a Will of the Decedent?

    ☒ YES
    ☐ NO   If no, please explain on page 4.

II. IF A WILL EXISTS, PLEASE COMPLETE THIS SECTION.

    1. Regarding the Decedent's Will:

FORM #300ES (09/2020)

- ☐ The original is attached.
- ☐ The original is in the Court's possession.
- ☐ An exemplified (authenticated) copy of a Will probated in another jurisdiction is attached.
- ☐ An exemplified (authenticated) copy of a Will not probated in another jurisdiction is attached.
- ☐ The original of the Will is lost, destroyed, or otherwise unavailable, however, a copy or a description of its contents is attached. (for formal proceeding, explain below or attach supplemental pleadings)

2. The execution date of the Will was: _____
   Codicil(s): _____

3. Is there a memorandum that disposes of tangible personal property pursuant to 62-2-512?

   ☐ NO  ☐ YES  If yes, attach hereto.

4. To the best of your knowledge, do you believe the Will listed above is the Decedent's validly executed last Will?

   ☐ YES  ☐ NO  If no, please explain on page 4.

5. To the best of your knowledge, is any witness to the will an "interested witness" (i.e., does the will make any devise to a witness, a witness's spouse, or a witness's issue)?

   ☐ NO  ☐ YES  If yes, please explain on page 4.

## COMPLETE EXPLANATION(S) FOR QUESTIONS IN SECTIONS I and II HERE.

(If more space is required, use additional sheets.)

III. IF APPLYING FOR INFORMAL OR FORMAL APPOINTMENT, PLEASE COMPLETE THE FOLLOWING.

1. If the Applicant/Petitioner is not the proposed Personal Representative(s), list name and address of the person you are proposing be appointed as the fiduciary:

2. Priority for appointment of the proposed Personal Representative (whether applicant or nominee) is:

- ☐ named as Primary Personal Representative in Will
- ☐ named as Alternate Personal Representative in Will
- ☐ nominee of Primary Personal Representative in Will
- ☐ nominee of Alternate Personal Representative in Will
- ☐ surviving spouse of Decedent who is devisee of Decedent or nominee of said spouse
- ☐ other devisee of Decedent (describe): _____ or nominee of said devisee
- ☐ surviving spouse of Decedent or nominee of said spouse
- ☐ other heir of Decedent (describe): or nominee of said heir
- ☐ creditor (forty-five (45) days after death must have passed) or nominee of creditor; written statement of claim, FORM 371ES, is attached
- ☒ other (describe): Mother of Decedent; heirs at law are minors

FORM #300ES (09/2020)

COMPLETE EXPLANATION(S) FOR QUESTIONS IN SECTIONS I and II HERE.

(If more space is required, use additional sheets.)

III. IF APPLYING FOR INFORMAL OR FORMAL APPOINTMENT, PLEASE COMPLETE THE FOLLOWING.

1. If the Applicant/Petitioner is not the proposed Personal Representative(s), list name and address of the person you are proposing be appointed as the fiduciary:

2. Priority for appointment of the proposed Personal Representative (whether applicant or nominee) is:

   ☐ named as Primary Personal Representative in Will
   ☐ named as Alternate Personal Representative in Will
   ☐ nominee of Primary Personal Representative in Will
   ☐ nominee of Alternate Personal Representative in Will
   ☐ surviving spouse of Decedent who is devisee of Decedent or nominee of said spouse
   ☐ other devisee of Decedent (describe): _____ or nominee of said devisee
   ☐ surviving spouse of Decedent or nominee of said spouse
   ☐ other heir of Decedent (describe): or nominee of said heir
   ☐ creditor (forty-five (45) days after death must have passed) or nominee of creditor; written statement of claim, FORM 371ES, is attached
   ☒ other (describe): Mother of Decedent; heirs at law are minors

3. List below the name(s) of any other person(s), if any, having an equal or higher priority of appointment than the proposed Personal Representative:
   MINOR CHILDREN OF THE DECEDENT; GUARDIANS ON BEHALF OF CHILDREN WAIVE THEIR RIGHT TO ADMINISTER THE ESTATE TO DECEDENT'S MOTHER.

IV. ALL APPLICANTS/PETITIONERS MUST COMPLETE VERIFICATION.

## VERIFICATION

The undersigned, being sworn, states that the facts set forth in the foregoing statement are true to the best of the undersigned's knowledge, information and belief, and hereby submits to the Court's jurisdiction in this matter.

Signature of
Applicant/Petitioner: _____

SWORN to before me this ___ day
of ___, 20___

_____
Notary Public for South Carolina
My Commission Expires: 9-4 2023

Signature of Co-
Applicant/Co-Petitioner: _____

SWORN to before me this ___ day
of ___, 20___

_____
Notary Public for South Carolina

Page 4 of 6

FORM #300ES (09/2020)

## ORDER OF INFORMAL PROBATE

IT IS HEREBY ORDERED that the above application for probate of a Will executed _and
☐ Codicil executed _____ and
☐ Memorandum
be informally ☐ GRANTED ☐ DENIED.

_____
Mary Rathel, Probate Court Judge

☐ For formal probate of Will, see separate order executed _____.

## ORDER OF INFORMAL APPOINTMENT

IT IS HEREBY ORDERED that the above Application for Appointment be granted upon the filing of an appropriate bond, if applicable, and upon the signing of the Qualification and Statement of Acceptance of appointment.

**Bond**
☐ Fiduciary Bond in the amount of $_____
☐ Bond not required for Personal Representative nominated by Will
☐ Bond not required as Personal Representative is sole heir or sole devisee
☐ Bond not required as Personal Representative is state agency, bank, or trust company
☒ Bond waivers filed
☐ See order dated _____
☐ Other: _____

**Notice to Creditors**
☐ Required
☒ Not Required

Executed this 27th day of June, 2024.

_____
Mary Rathel, Probate Court Judge

☐ For formal appointment of Personal Representative, see separate order executed _____.

Case 3:24-cv-00311-DCK    Document 34-1    Filed 08/15/25    Page 7 of 33

# QUALIFICATION AND STATEMENT OF ACCEPTANCE

I accept this appointment and agree to perform the duties and discharge the trust of the office of Personal Representative of this estate. I further submit personally to the jurisdiction of the Court in any proceeding relating to the Estate.

Signature:
Print Name: Jon Staton
Address: 5704 Austin Grove Church Road,
Marshville, NC 28103
Telephone (Work):
(Home):
(Cell): 803-416-7733
Email: jonstaton@yahoo.com

Signature:
Print Name:
Address:

Telephone (Work):
(Home):
(Cell):
Email:

*Attorney: KATHERINE M. PENNANT
Address: 1188 Stonecrest Blvd., Ste #105
Fort Mill, SC 29708
Telephone: 803-764-9555
Email: KPENNANT@SimpsonEstateLaw.com

*By completing this information, attorney is designated as attorney of record for assisting Personal Representative until proper withdrawal.

FORM #30053 (08/2020)

LANCASTER COUNTY
JUDGE OF PROBATE
2024 MAR 11 PM 1:08

# REGISTER OF DEEDS - HEALTH DEPARTMENT
## CHARLOTTE, NORTH CAROLINA

# CERTIFICATE OF DEATH

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
CERTIFICATE OF DEATH
STATE FILE NO.

060-95    2022002394

| | | | | | |
|---|---|---|---|---|---|
| Malcolm | | Tyleete | | Staton | |
| Male | BIRTHDAY: 30 | | MAR 18, 1992 | Union, NC | March 17, 2022 |

Place of Death: Inpatient — Atrium Health Carolinas Medical Center

County of Death: Mecklenburg

Marital Status: Never married

Usual Occupation: Factory Worker — Tyson Foods

Social Security: 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

Residence: North Carolina — Union — Marshville

Street and Number: 6704 Austin Grove Church Road — Inside City Limits: No — Zip: 28103

Education: High School graduate or GED completed

Not Spanish/Hispanic/Latino

Race: Black or African American

Ever in US Armed Forces: No

Father's Name: James Wright — Jen Staton

Informant: Jen Staton — Mother — 1420 J.J. Autry Road, Marshville, NC 28103

Method of Disposition: Burial — First Ridge Baptist Church — Marshville, North Carolina

Funeral Director: Harry Chandler (Signature Authorized) — FD4316 — Micheal Davis — FS 3361

Blakely's Funeral & Cremation Service, LLC, 714 E Franklin St, Monroe, NC 28112

Cause of Death:
a. Gunshot wound of head

Manner of Death: Homicide — Yes — 1915 — No — Not Applicable

Date of Injury: 03/17/2022 — 03/16/2022 — 07:51 PM — No

Place of Injury: 1650 Wallace Avenue, Monroe, NC 28112

Shot by another person with pistol caliber firearm

Certifier: James Paul Lozzzao, MD (Signature Authorized) — 2016-01952

James Paul Lozaro, 8460 Pards Ave, Charlotte, NC 28210

Fernando Borja (Signature Authorized) — 03/29/2022 — 03/29/2022

---

## THIS IS TO CERTIFY THIS IS A TRUE AND CORRECT REPRODUCTION OF THE OFFICIAL RECORD FILED IN MECKLENBURG COUNTY.

V 2118755

WITNESS MY HAND AND OFFICIAL SEAL THIS DAY   February 7, 2024

Dr. Raynard E. Washington
Public Health Director

Fredrick Smith
Register of Deeds

By: _____
Assistant/Deputy Register of Deeds



# Celebration of Life

# Malcolm Trieste Staton

### Friday, March 25, 2022
Service: 1:00 P.M.

Flint Ridge East Baptist Church
5808 Flintridge Church Road
Marshville, North Carolina 28103

Rev. Clay Parker, Pastor

# Order of Service

Prelude / Song .................................................................................Clergy & Family

Processional ..........................................................................................

Invocation

Reading of Scripture: .....................................................Minister Caron Perry

    Old Testament ......................................................Minister Pam Lotharp

    New Testament .....................................................Pastor Robert A. Capers

Prayer of Comfort ..................................................................Staton Family

Selection ...............................................................................................

Obituary (Read Silently)

Remarks ................................................Rev. Curtis McGee, Jr. & Robbie Tyson

    (A total of 3 more people may give remarks. Each person should not exceed 2 minutes)

.........................................................................................Staton Family

Selection ...........................................................................Rev. Clay Parker

Words of Comfort .................................................................................

    Pastor of Flint Ridge East Baptist Church, Marshville North Carolina

.........................................................................................Staton Family

Selection ...............................................................................................

Mortician in Charge

Recessional

## The Committal / Benediction / Interment
Flint Ridge East Baptist Church Cemetery



## The Family Acknowledgement

The family **Malcolm Trieste Staton** acknowledges with deep gratitude all of the kind and comforting expressions of sympathy extended to us during our hours of bereavement. Your kindness will forever be cherished. May God continue to bless each of you.

Celebrating the Life
of
Malcolm Trieste Staton

**Sunrise**
March 15, 1992

**Sunset**
March 17, 2022

Malcolm Trieste Staton entered his eternal rest on March 17, 2022 in Charlotte, North Carolina. The son of Jon Trieste Staton and the late Shawn Brantley and James Steven Wright.

Malcom is preceded in death by his maternal grandparents: Mr. Paul & Mrs. Vera Staton; aunts: Donna Streater, Rhonda Rutter and Leah Staton; uncle: Darrell Staton.

Left to cherish his memory is his mother: Jon Trieste Staton (Danny) of Charlotte, North Carolina; father: James Steven Wright (Donna) of Lancaster, South Carolina; four sons: DTS1, DTS3, Z, KSS ; ; four daughters: DTS2, ZZM, J, L ; three brothers: Asante, Jontavious and Terrell; three sisters: Jasmine, Alexis and Sameria (Ernest); paternal grandfather: James Calvin Rorie (Delphine); paternal grandmother: Sarah Stafford (Rick); special friends: Heather Ellis, Cree Faulkner, Robbie Tyson, Brandon Williams, Nigil Bivens and Ricky Baxter along with a host of aunts, uncles, cousins and other relatives and friends.



## Floral Bearers

Dynastee Parker / Taleah Hallman
Mya Allen / Zya Staton
Mackenzie Love / Tanaja Stevenson
Kayla Hough / Jayden Sweater

## Pall Bearers

Friends of the Family

Whispers

Dear mommy, please try to remember
that I love you more than anything.
The moment I came to your heart
I heard the Angels softly sing.

I went to them to have a listen
to their lullabies so sweet,
and wrapped in gentle wings of tender
my dearest mommy: I fell asleep.

I wish that I could dry your tears
each day, as I watch over you.
And when you say my name at night
I whisper:

Mom, I love you too



## PROFESSIONAL SERVICES ENTRUSTED TO



Blakely's
FUNERAL & CREMATION SERVICE, LLC

714 East Franklin Street
Monroe, NC 28112
Phone: 704-635-7951 / 980-269-8772
Fax: (704) 776-4312
E-mail address: blakelyfuneralservice@gmail.com
Henry Chandler (Director) / Michael Davis (Mortician)
Marvin Chambers, CEO

# Blakely's Funeral & Cremation Service, LLC

714 East Franklin Street
Monroe, North Carolina 28112
(704) 635-7851

*"This statement of disclosure is provided pursuant to the requirements of North Carolina G.S. 90-210.25(b)."*

DECEASED **Malcolm Staton**
DATE OF DEATH **March 17, 2022**

DATE OF STATEMENT **March 22, 2021**

NO. _____

## STATEMENT OF FUNERAL GOODS AND SERVICES SELECTED

*Charges are only for those items that you selected or that are required. If we are required by law or by a cemetery or crematory to use any items, we will explain the reasons in writing below.*

### A. CHARGES FOR SERVICES SELECTED

**1. Professional Services:**
Basic Services of Funeral Director & Staff .... 1550
Embalming ...................................... 700
Other Preparation of Body ......................

............................................ 2250

**2. Facilities, Equipment & Staff:**
Use of Facilities & Staff for Viewing/Visitation .. 400
Use of Facilities & Staff for Funeral Ceremony .. 400
Use of Facilities & Staff for Memorial Service ...
Use of Equipment & Staff for Graveside Service. ___
Use of Equipment & Staff for Church Service ... ___

............................................ 800

**3. Transportation:**
Transfer of Remains to Funeral Home ..... 200
Hearse ....................................... 275
Limousine .... 2 @ 250 ...................... 500
Sedan .......................................
Service / Utility Vehicle .......................

............................................ 975

**4. Other Services/Facilities/Equipment:**
..................................................
..................................................
..................................................
..................................................
..................................................

**TOTAL OF SERVICES SELECTED (A)** ....... $ 4025

### B. CHARGES FOR MERCHANDISE SELECTED

Casket (or other receptacle) .. LS Eagle Gray Hampton .... 4200
Model/No. _____ Material _____
Color _____

Outer Burial Container: Concrete Liner .......... 1000
Name/No. _____ Material _____

Acknowledgement Cards ..........................
Register Book ..................................
Memory Folders / Prayer Cards ..................
Cremation Urn ..................................
Clothing ...... 740 = 351.°° .................... 4.15%

**TOTAL OF MERCHANDISE SELECTED (B)** .... $ 5,200

### C. SPECIAL CHARGES

Forwarding remains to _____
............................................... ┊

Receiving remains from _____

Immediate burial................................
Direct cremation...............................
**TOTAL OF SPECIAL CHARGES (C)**............ $

### D. CASH ADVANCES

Certified Copies of Death Certificate
2 @ $ 10 each. ............... 20.°°

Clergy _____

Musician **Obit** .......................... 180.°°

Newspaper Notices _____

Cremation **Open / Close** ................... 50.°°

**TOTAL OF CASH ADVANCES (D)**............. $
We charge you for our services in obtaining: (specify cash advance items).

### SUMMARY

Total Funeral Home Charges (A+B+C) .. $ 9225.°°
Sales Tax, if applicable ............ $ 351.°°
Total Cash Advance (D) ............. $ 700.°°
**COMPLETE TOTAL** ................. $ _____
PAYMENT RECEIVED FROM _____

**BALANCE DUE** ..................... $ 10,276.°°

Discount — 276.°°
$ 10,000

## DISCLOSURES

If you selected a funeral that may require embalming, such as a funeral with viewing, you may have to pay for embalming. You do not have to pay for embalming you did not approve if you selected arrangements such as a direct cremation or immediate burial. If we charged for embalming, we will explain below.

Reason for embalming: _____

_____ *Family by next* _____

_____ *For Malcolm by family* _____

*If any legal, cemetery or crematory requirement or the purchase of any of the items listed above, we will explain the requirement below.*

## ACKNOWLEDGEMENT AND AGREEMENT

I (we) authorize the funeral home to perform services, furnish goods, and incur outside charges specified on this itemized list. I (we) acknowledge that I (we) entered a General Price List, a Casket Price List, and an Outer Burial Container Price List.

## TERMS

Full payment is due no later than _____
If any payment is not paid when due, an unanticipated LATE CHARGE of _____ % per month (ANNUAL PERCENTAGE RATE _____ %) on the unpaid balance will be due. I (we) have not been paid the above, sign and approve same, and satisfy and severally promise to make full payment. Receipt of a copy of this Statement is acknowledged.

Signed _____
Social Security No _____
Address _____
City/State _____
Zip _____
Co-signed _____  Telephone _____
Co-signed _____

**ACCEPTANCE** This funeral establishment agrees to provide all services, merchandise and cash advances indicated on this Statement.

By _____

**ADDITIONAL ITEMS ORDERED LATER**
_____
_____

# OFFICIAL 10 YEAR DRIVER RECORD

| | |
|---|---|
| Customer No: 34949514 | Driver License No: 105904437 |
| Name: STATON, MALCOLM TRIESTE | |
| Address: 6401 N MATSON ST | |
| City: KERSHAW | State: SC   Zip: 290671025 |
| County: LANCASTER | |
| DOB: 3/15/1992 | Sex: M   Driver Training: N |

**Status - DL: NO SUSPENSION      CDL: NO DISQUALIFICATION**

**Point Summary**
Total Current Points:     0
Driver Credit:            -0
Adjusted Current Points:  0

ACC:     REPORTABLE
Accident: 01/12/2020                          Posted: 02/06/2020
Accident Case Number: 20205506                FR-10 Audit Number: SA-021715
Accident Jurisdiction: SC    Acc Loc Ref: SCHDPT               History: N
Contributed: Y

*End of Report*

Certified to be a true and correct copy of the original document on file with

the South Carolina Department of Motor Vehicles

Director of Driver Services

Case 3:24-cv-00311-DCK    Document 34-1    Filed 08/15/25    Page 15 of 33

South Carolina Department of Motor Vehicles
P O Box 1498
Blythewood, SC 29016

## South Carolina
### Department of Motor Vehicles

2/14/2024

MALCOLM TRIESTE STATON
6401 N MATSON ST
KERSHAW, SC 29067-1025

Dear MALCOLM TRIESTE STATON :

Thank you for using the South Carolina Department of Motor Vehicles Online Services. Please find enclosed a copy of your certified South Carolina driving record.

DMV is proud to offer new services through our WEB site and welcomes any comments or suggestions that you may have that will help us to continuously improve our level of customer service. Please e-mail your comments to help@scdmvonline.com or call us at (803) 896-5000. You may also contact us by mail at the address listed below.

DMV Alternative Media Office
P. O. Box 1498
Blythewood, SC 29016

Again, thank you for using our Online Services.

2/14/2024 - 5:04 AM

STATE OF SOUTH CAROLINA )
                                )
COUNTY OF:   LANCASTER )
                                )
IN THE MATTER OF: )
MALCOLM TRIESTE STATON )
(Decedent)

IN THE PROBATE COURT

APPOINTMENT OF AGENT FOR SERVICE OF PROCESS

CASE NUMBER:

The undersigned hereby appoints the below-named person who is a resident of the State of South Carolina as his/her agent upon whom may be served all original or other lawful process in any action at law or equity related to the above estate.

The undersigned agrees that process served upon the agent herein appointed shall be of the same force and effect as if duly served upon the undersigned within the State of South Carolina.

Print Agent Name:   HOLLY SIMPSON
Address:   1188 STONECREST BLVD., STE #105
                FORT MILL, SC 29708
Telephone (Work):   803-764-9555
(Home):
(Cell):
E-mail:   holly@SimpsonEstateLaw.com

Executed this 23rd day of February 2024

Proposed/Personal Representative Signature:
Print Name:   Jon Staton
Address:   5704 Austin Grove Church Road, Marshville,
          NC 28103

Telephone (Work):
(Home):
(Cell):   803-416-7733
E-mail:   jonstaton@yahoo.com

ACCEPTANCE

I accept the above appointment as Agent on this the 26th day of February, 2024.

Agent's Signature:   Atty. Megan S. Lau for Holly Simpson
Print Name:   HOLLY SIMPSON

*Witness Signature:
Print Name:   KATHERINE PENNANT

FORM #121ES (1/2014)
SCRCP 15-9-450

STATE OF SOUTH CAROLINA ) IN THE PROBATE COURT

COUNTY OF: LANCASTER ) AFFIDAVIT OF HEIRS
)
IN THE MATTER OF: )
MALCOLM TRIESTE STATON ) CASE NUMBER:
(Decedent) )

As the affiant, I have a duty to disclose all heirs (blood relatives or legally adopted children) of the above estate and to list those individuals on the Application for Probate (FORM #300ES). Upon the Court's informal review of the Decedent's obituary or other public document, a conflict exists between those name(s) and the name(s) listed on the probate application. The following names were listed in the obituary or other public document in observance of their close family-type relationship to the Decedent. However, to the best of my knowledge, they are not related by blood ~~or formal legal adoption to the Decedent. Jamon~~ ZZM, J, LRS, Z, KSS ~~*Correct & by Kloded*~~
~~Steven Wright - listed as father, but is not biological father.~~ children were listed as children of the Decedent, but are not legitimate children of the decedent under SC Probate Code 62-2-109.

As such, I affirm that the above names were listed in the obituary or other public document for the following reason(s):

- [ ] Names listed were the decedent's step-children only
- [x] Names listed were not biological children or formally adopted by the decedent
- [ ] Names listed were foster children who were not adopted
- [ ] Names listed were considered special family/friends that were not blood relatives
- [x] Name listed as spouse but the parties were never married neither by a marriage license nor by common law, to the best of my knowledge.
- [ ] Other: _____

The undersigned, being sworn, states that the facts set forth in the foregoing statement are true to the best of the undersigned's knowledge, information, and belief, and hereby submits to the Court's jurisdiction in this matter.

SWORN to before me this 23 day of
February , 20 2⁹

_____
Notary Public for South Carolina N.C.
My Commission Expires: 4-4-2⁵⁵

Signature: _Jon Staton_
Print Name: Jon Staton
Address: 5704 AUSTIN GROVE CHURCH ROAD, MARSHVILLE, NC 28103

Telephone (Work): _____
(Home): _____
(Cell): 803-416-7733
E-mail: jonstaton@yahoo.com
Relationship to Decedent/Estate: Mother/ Personal Representative

FORM #445ES (1/2914)
62-3-203, 62-3-301, 62-3-303

STATE OF SOUTH CAROLINA )
)
COUNTY OF    LANCASTER )          RENUNCIATION OF RIGHT TO ADMINISTRATION
)          AND/OR NOMINATION AND/OR WAIVER OF BOND
)
IN THE MATTER OF: )
MALCOLM TRIESTE STATON )          CASE NUMBER:
(Decedent) )

By renouncing my right to serve as Personal Representative, I am informing the Court that I do not want to be the Personal Representative to administer the estate. **I am not giving up any interest in the estate or inheritance rights by signing this document.**

The undersigned hereby (check all that apply):

☐  renounces his/her right to serve as Personal Representative of the above-captioned estate.

☒  renounces his/her right to serve as Personal Representative of the above-captioned estate so long as the following nominee serves as Personal Representative:

Name:     J'ON STATON
Address:  5704 AUSTIN GROVE CHURCH ROAD, MARSHVILLE, NC 28103

☒  agrees to waive bond for the person(s) nominated above.

I understand this is effective only to the extent the law allows for nomination and waiver of bond.

Executed this         day of         , 20

SWORN to before me this         day of
        , 20

_____
Notary Public for South Carolina
My commission expires:

Peter A Sanacore
NOTARY PUBLIC
Union County, NC

Signature:     _____
Print Name:    CREE FAULKNER
Address:       C/O CINDY MEADERS, 275 AMBERLY CIRCLE,
               PAGELAND, SC 29728

Telephone (Work): _____
(Home):
(Cell):        704-430-5976
Email:         RAQUELCTHREE@GMAIL.COM
Relationship to Decedent/Estate:  MOTHER/GAL FOR LONDYN RAQUEL STATON

FORM #302ES (1/2014)
62-3-203, 62-3-603

STATE OF SOUTH CAROLINA

COUNTY OF    LANCASTER

IN THE MATTER OF:
MALCOLM TRIESTE STATON
(Decedent)

)
)
)
)
)
)
)
)

IN THE PROBATE COURT

**RENUNCIATION OF RIGHT TO ADMINISTRATION
AND/OR NOMINATION AND/OR WAIVER OF BOND**

CASE NUMBER:

By renouncing my right to serve as Personal Representative, I am informing the Court that I do not want to be the
Personal Representative to administer the estate. **I am not giving up any interest in the estate or inheritance rights
by signing this document.**

The undersigned hereby (check all that apply):

☐   renounces his/her right to serve as Personal Representative of the above-captioned estate.

☒   renounces his/her right to serve as Personal Representative of the above-captioned estate so long as the
following nominee serves as Personal Representative:

Name:    J'ON STATON
Address:   5704 AUSTIN GROVE CHURCH ROAD, MARSHVILLE, NC 28103

☒   agrees to waive bond for the person(s) nominated above.

I understand this is effective only to the extent the law allows for nomination and waiver of bond.

Executed this     day of     , 20

SWORN to before me this _____ day of
_____ , 20___

_____
Notary Public for South Carolina
My commission expires: _____

Peter A Sanacore
NOTARY PUBLIC
Union County, NC

Signature: _____
Print Name: CREE FAULKNER
           C/O CINDY MEADERS, 275 AMBERLY CIRCLE,
Address: PAGELAND, SC 29728

Telephone (Work): _____
(Home): _____
(Cell): 704-430-5976
Email: RAQUELCTHREE@GMAIL.COM
Relationship to Decedent/Estate: MOTHER/GAL FOR KHYMEIR SVEN STATON

FORM #302ES (1/2014)
62-3-203, 62-5-603

STATE OF SOUTH CAROLINA

COUNTY OF      LANCASTER

IN THE MATTER OF:
MALCOLM TRIESTE STATON
(Decedent)

IN THE PROBATE COURT

RENUNCIATION OF RIGHT TO ADMINISTRATION
AND/OR NOMINATION AND/OR WAIVER OF BOND

CASE NUMBER:

By renouncing my right to serve as Personal Representative, I am informing the Court that I do not want to be the
Personal Representative to administer the estate. **I am not giving up any interest in the estate or inheritance rights
by signing this document.**

The undersigned hereby (check all that apply):

☐ renounces his/her right to serve as Personal Representative of the above-captioned estate.

☒ renounces his/her right to serve as Personal Representative of the above-captioned estate so long as the
   following nominee serves as Personal Representative:

   Name:      J'ON STATON
   Address:   5704 AUSTIN GROVE CHURCH ROAD, MARSHVILLE, NC 28103

☒ agrees to waive bond for the person(s) nominated above.

I understand this is effective only to the extent the law allows for nomination and waiver of bond.

Executed this 70th day of FEB, 2024.

SWORN to before me this 20 day of
Feb, 2024

_Jillian Rowell_
Notary Public for South Carolina
My commission expires: 5/17/2033

Signature:          _Heather Ellis_
Print Name:         HEATHER ELLIS
Address:            6401 NORTH MATSON STREET, KERSHAW, SC
                    29067
Telephone (Work):
        (Home):
        (Cell):     803-670-2975
        Email:      ELLISHEATHER70@GMAIL.COM
Relationship to Decedent/Estate:  MOTHER/GAL FOR DEMONTAY TYRELL STATON

Jillian Jeel Rowell
Notary Public State of South Carolina
My Commission Expires 5-17-2033

FORM #302ES (1/2014)
62-3-203, 62-3-603

STATE OF SOUTH CAROLINA

COUNTY OF     LANCASTER

IN THE MATTER OF:
MALCOLM TRIESTE STATON
(Decedent)

IN THE PROBATE COURT

RENUNCIATION OF RIGHT TO ADMINISTRATION
AND/OR NOMINATION AND/OR WAIVER OF BOND

CASE NUMBER:

By renouncing my right to serve as Personal Representative, I am informing the Court that I do not want to be the
Personal Representative to administer the estate. **I am not giving up any interest in the estate or inheritance rights
by signing this document.**

The undersigned hereby (check all that apply):

☐ renounces his/her right to serve as Personal Representative of the above-captioned estate.

☒ renounces his/her right to serve as Personal Representative of the above-captioned estate so long as the
     following nominee serves as Personal Representative:

Name:      JON STATON
Address:    5704 AUSTIN GROVE CHURCH ROAD, MARSHVILLE, NC 28103

☒ agrees to waive bond for the person(s) nominated above.

I understand this is effective only to the extent the law allows for nomination and waiver of bond.

Executed this 10th day of Feb, 2024.

SWORN to before me this 20 day of
Feb, 20 24

_Jillan Rowell_
Notary Public for South Carolina
My commission expires: 5/17/2053

Signature: _Heather Ellis_
Print Name:   HEATHER ELLIS
Address:      6401 NORTH MATSON STREET, KERSHAW, SC
             29067

Telephone (Work):
        (Home):
         (Cell):   963   676 - 2475
         Email:   ELLISHEATHER70@GMAIL.COM
Relationship to Decedent/Estate:   MOTHER/GAL FOR DYONDRE TRESEAN STATON

Jillan Jael Rowell
Notary Public State of South Carolina
My Commission Expires 5-17-2033

FORM #302ES (1/2014)
62-3-203, 62-3-003

STATE OF SOUTH CAROLINA

COUNTY OF    LANCASTER

IN THE MATTER OF:
MALCOLM TRIESTE STATON
(Decedent)

IN THE PROBATE COURT

RENUNCIATION OF RIGHT TO ADMINISTRATION
AND/OR NOMINATION AND/OR WAIVER OF BOND

CASE NUMBER:

By renouncing my right to serve as Personal Representative, I am informing the Court that I do not want to be the Personal Representative to administer the estate. **I am not giving up any interest in the estate or inheritance rights by signing this document.**

The undersigned hereby (check all that apply):

☐ renounces his/her right to serve as Personal Representative of the above-captioned estate.

☒ renounces his/her right to serve as Personal Representative of the above-captioned estate so long as the following nominee serves as Personal Representative:

Name: J'ON STATON
Address: 5704 AUSTIN GROVE CHURCH ROAD, MARSHVILLE, NC 28103

☒ agrees to waive bond for the person(s) nominated above.

I understand this is effective only to the extent the law allows for nomination and waiver of bond.

Executed this 20th day of Feb, 20 24.

SWORN to before me this 20 day of
Feb, 20 24
_Jillian Rowell_
Notary Public for South Carolina
My commission expires: 5/17/2033

| | |
|---|---|
| Signature: | _Heather Ellis_ |
| Print Name: | HEATHER ELLIS |
| Address: | 6401 NORTH MATSON STREET, KERSHAW, SC 29087 |
| Telephone (Work): | |
| (Home): | |
| (Cell): | 803 - 676 - 2975 |
| Email: | ELLISHEATHER70@GMAIL.COM |
| Relationship to Decedent/Estate: | MOTHER/GAL FOR DEZIRAE TRIESTE STATON |

Jillian Jaci Rowell
Notary Public State of South Carolina
My Commission Expires 5-17-2033

FORM #302ES (1/2014)
62-3-203, 62-3-603



This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office

Crystal D. Gilliard
Register of Deeds
Union County

By: _____ Deputy / Assistant Register of Deeds

Witness my hand and official seal
16 day of January 20__

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

MARY RAH...
LANCASTER COUNTY
JUDGE OF PROBATE

2024 MAR 11 PM 1: 07

I213790

866-362-0778

DNA Solutions, Inc.   755 Research Parkway Ste. 50C   Oklahoma City OK 73104   (405) 271 6611

cfc   labs   CB   Accredited
Relationship Testing

ARCpoint Labs of Monroe-Wadesboro
2242 W. Roosevelt Blvd, Suite E
Monroe, NC 28110
United States

Based on the results below, the hypothesis that all individuals are biologically related is defined to be supported.

Combined Relationship Index:

Probability of Relationship:

SUMMARY OF FINDINGS

I hereby certify that the above testing was conducted according to current accepted standard standards, and that the results and conclusions...

Kimberly Clawford

| Systems | Locus R & Gham | Khystat B & Gham | Jon T Boam | Case R & Fa.Anav | Rb |
|---|---|---|---|---|---|
| | | | | | |



CERTIF...

RACE

Black Or African American

2024 MAR 11 PH 1:07

LANCASTER COUNTY
JUDGE OF PROBATE

Book 225 Page 591

I hereby certify that this is a true and correct reproduction or abstract of the original record filed in this office.

000-1213789

Crystal D. Gilliard
Register of Deeds
Union County

Witness my hand and official seal
this 16 day of January 2024 by Deputy / Assistant Register of Deeds

THE GREAT SEAL OF THE STATE OF NORTH CAROLINA

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

... seal clearly embossed in left corner



865-362-9778

Accredited

Certificate of Analysis

Case No. 2024-176829

AllPoint Labs of Monroe-Waxhaw
2342 W. Roosevelt Blvd, Suite E
Monroe, NC 28110
United States

Based on the results below, the hypothesis that all individuals are biologically related as defined is supported

Combined Relationship Index 3,486,750,123,3010

SUMMARY OF FINDINGS. Twenty-one independent genetic loci were tested. The Combined Relationship Index is 3,486,750,123,3010.

**STATE OF NORTH CAROLINA**
**UNION COUNTY**
**OFFICE OF REGISTER OF DEEDS**

BK 00211 PG 0721
INSTR # 00721

**CERTIFICATE OF LIVE BIRTH**

D1S3

PARENT'S NAME: HEATHER MICHELLE ELLIS

HEATHER MICHELLE ELLIS

North Carolina    Union

16724 Lancaster Highway

White

Volume __211__    Page __721__
This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

Crystal D. Gilliard
Register of Deeds
Union County

090-1175522

Witness my hand and official seal
this the 21st day of February 20 19    By _____

# Social Security Administration
## Retirement, Survivors and Disability Insurance
### Notice of Award

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL 35285-0001
Date: September 18, 2022
BNC#: 22MS964F86003-C1

0000431 00011283   S MB   8.515  0014M386C0575 T74 F0
HEATHER ELLIS FOR
DTS3

DTS3 **is entitled to monthly child's benefits beginning March 2022.** He is also entitled to a Social Security payment of $36.00 because of the death of MALCOLM T STATON.

We have chosen you to be his representative payee. Therefore, you will receive his checks and use the money for his needs.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $3,391.00 around September 19, 2022.

- This is the money DTS3 is due for March 2022 through August 2022.

- DTS3 next payment of $551.00, which is for September 2022, will be received on or about the third Wednesday of October 2022.

- After that you will receive $551.00 on or about the third Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

Enclosure(s):
Pub 05-10077
Pub 05-10076

# BIRTH CERTIFICATION

**STATE FILE NUMBER:** 139-10-041792

**NAME OF REGISTRANT:** DTS1

**DATE OF BIRTH:**

**SEX:** MALE

**PLACE OF BIRTH:** LANCASTER, SOUTH CAROLINA

**COUNTY OF BIRTH:** LANCASTER

**MOTHER'S MAIDEN NAME:** HEATHER MICHELLE ELLIS

**MOTHER'S PLACE OF BIRTH:** SOUTH CAROLINA

**FATHER'S NAME:** NO FATHER LISTED

**FATHER'S PLACE OF BIRTH:** NOT LISTED

**DATE RECORD FILED:**

**DATE ISSUED:** FEBRUARY 11, 2016

**SPECIAL INSTRUCTIONS:**

NA

382704

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

Catherine E. Heigel
Director and State Registrar

Sue B. Sumter
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 07/31/2015

Social Security Administration
Retirement, Survivors and Disability Insurance
Notice of Award

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL 35285-0001
Date: September 18, 2022
BNC#: 22MS954F86008-C3

HEATHER ELLIS POR
DTS1

DTS1 _____ is entitled to monthly child's benefits beginning
March 2022. he is also entitled to a Social Security payment of $85.00 because
of the death of MALCOLM T STATON.

We have chosen you to be his representative payee. Therefore, you will receive
his checks and use the money for his needs.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For
example, Social Security benefits for March are paid in April.

- You will receive $3,891.00 around September 19, 2022.

- This is the money DTS1 is due for March 2022 through
  August 2022.

- DTS1 next payment of $551.00, which is for
  September 2022, will be received on or about the third Wednesday of
  October 2022.

- After that you will receive $551.00 on or about the third Wednesday of
  each month.

- These and any future payments will go to the financial institution you
  selected. Please let us know if you change your mailing address, so we
  can send you letters directly.

Enclosure(s):
Pub 05-10077
Pub 05-10076

C

See Next Page

**STATE OF NORTH CAROLINA**
UNION COUNTY
OFFICE OF REGISTER OF DEEDS

0573

Book 208 Page 0573

**CERTIFICATE OF LIVE BIRTH**

DTS2

Cow-Union

HEATHER MICHELLE ELLIS

HEATHER MICHELLE ELLIS

RESIDENCE OF MOTHER - STATE
North Carolina

County
Union

STREET AND NUMBER
7324 Davis Road

2017

South Carolina

Waxhaw

White

White

LANG.
JUDGE OF STATE
2024 MAR 11 PM 1: 07

Volume _208_ Page _573_
This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

Crystal D. Gilliard
Register of Deeds
Union County

090- 1175521

Witness my hand and official seal
this the ____ day of _February_ 20 19 By _____
Deputy _____ Register of Deeds

# Social Security Administration
## Retirement, Survivors and Disability Insurance
### Notice of Award

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL 35285-0001
Date: September 15, 2022
BNC#: 22MS964F85003-C2

000043? 60011382     8 MB 0.515  0814M3MCS3P1 T74 P5

DTS2 ...

_____ is entitled to monthly child's benefits beginning

DTS2 ____ . She is also entitled to a Social Security payment of $85.00 because of the death of MALCOLM T STATON.

We have chosen you to be her representative payee. Therefore, you will receive her checks and use the money for her needs.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $3,391.00 around September 19, 2022.

- This is the money **DTS2** is due for March 2022 through August 2022.

- **DTS2** next payment of $551.00, which is for September 2022, will be received on or about the third Wednesday of October 2022.

- After that you will receive $551.00 on or about the third Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

Enclosure(s):
Pub 05-10077
Pub 05-10076